UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,<br><br>    Plaintiffs,<br>vs.<br><br>Krause Sheet Metal & Heating, Inc.<br><br>    Defendant. | Civil File No. 09-cv-03061 (PAM/RLE)<br><br>**<u>ORDER FOR DISMISSAL</u>** |

_____

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated:  December 17 , 2009        BY THE COURT:

                             s/Paul A. Magnuson
                             The Honorable Paul A. Magnuson
                             United States District Court Judge